1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14CR0010-L |
|---|---|---|
| Plaintiff, | ) | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| v. | ) | |
| ARTURRO CHAVARRIA (1), | ) | |
| Defendant. | ) | |

Upon the United States' motion and good cause being shown,

IT IS HEREBY ORDERED that the Information in Case No. 14CR0010-L against defendant Arturro Chavarria be dismissed without prejudice.

DATED: February 26, 2014

_____
M. James Lorenz
United States District Court Judge